**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Francisco ORTIZ-RODRIGUEZ,**
**Defendant-Appellant**

**No. 16-41212**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed March 6, 2017

Ernest Gonzalez, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Plano, TX, for Plaintiff-Appellee

Francisco Ortiz-Rodriguez, Pro Se

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Francisco Ortiz-Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ortiz-Rodriguez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appel-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

late review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.